# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40478   Reule v. Jackson
                 USDC No. 6:22-CV-367

The court has granted an extension of time to and including December 1, 2023 for filing appellants' brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Angelique B. Tardie, Deputy Clerk
                              504-310-7715

Ms. Heather Lee Dyer
Mr. James A. Evans III
Mr. David Ryan Herring Iglesias
Ms. Mary Louise Serafine
Mr. Cole P. Wilson
Mr. Thomas Edward Wilson