# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40478   Reule v. Jackson
                  USDC No. 6:22-CV-367

The court has granted Appellants' motion to file record excerpts out of time in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

Ms. Heather Lee Dyer
Mr. James A. Evans, III
Mr. David Ryan Herring Iglesias
Ms. Mary Louise Serafine
Mr. Cole P. Wilson
Mr. Thomas Edward Wilson