# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2024
Lyle W. Cayce
Clerk

No. 23-40478

---

CHRISTINE REULE; HARRIET NICHOLSON; REBECCA ALEXANDER FOSTER; JIMMY LEE MENIFEE; TONY LAMAR VANN; HONORABLE MADELEINE CONNOR,

*Plaintiffs—Appellants*,

*versus*

HONORABLE REEVE JACKSON; PENNY CLARKSTON; MEGAN LAVOIE,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:22-CV-367

---

Before SMITH, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.